No. 71–1158.  CROW ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–1159.  LOCOCO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–1177.  BAILEY ET AL. *v.* DIXON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–1184.  WISNIEWSKI *v.* UNITED STATES; and
No. 71–6485.  TRAVISANO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 456 F. 2d 9.

No. 71–1187.  MARCHESE *v.* McEACHEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–1216.  BIG "D" DEVELOPMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 71–1237.  GALLINARO ET AL. *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass.  Certiorari denied.

No. 71–1242.  NAKAI ET AL. *v.* HAMILTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–1244.  KING, TRUSTEE *v.* CITY OF CHICAGO ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 71–1249.  BOARD OF COMMISSIONERS OF THE CITY OF JACKSON ET AL. *v.* MONROE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 71–1250.  NOONAN *v.* MIDLAND CAPITAL CORP. C. A. 2d Cir.  Certiorari denied.